17944.   CASSINI *v.* HIGHLANDS HOTEL COMPANY.

</div>

BELL, J. 1. In this suit to recover on a stock subscription the petition affirmatively disclosed such a state of facts as rendered the subscription voidable under the securities act (Ga. L. 1920, p. 250), and thus subject to general demurrer. On this question the case is controlled by the decision of the Supreme Court in *Felton* v. *Highlands Hotel Co.,*

---

Appeal and Error, 4 C. J. p. 688, n. 67 New.
Corporations, 14 C. J. p. 657, n. 46.

165 *Ga.* 598 (141 S. E.). For the reason stated the court erred in not sustaining the general demurrer and dismissing the action. Whether the petition was bad in that it disclosed other defenses need not be decided and is not decided.

2. "Where there has been no final judgment, a defendant can not, in a bill of exceptions to a judgment overruling his general demurrer to the plaintiff's petition, properly except also to an order striking his answer." *Brown* v. *Marbut-Williams Lumber Co.,* 34 *Ga. App.* 348 (2) (129 S. E. 575); *Chatham Motor Co.* v. *Lincoln Motor Co.,* 31 *Ga. App.* 229 (2) (120 S. E. 444).

<div align="center">Judgment reversed. <i>Jenkins, P. J., and Stephens, J., concur.</i></div>

<div align="center">DECIDED MARCH 3, 1928.</div>

Complaint; from Bibb superior court—Judge Malcolm D. Jones. January 3, 1927.

*John R. L. Smith, Joseph LeConte Smith, M. C. Bennet,* for plaintiff in error.

*Harry S. Strozier, Brock, Sparks & Russell,* contra.